**Case Docket View : SC-21-04-20-3964**

| Parties |
| --- |
| **Complaint claim** |

| Alan R. Zibelman | *Plaintiff* | Ally Financial, Inc. | *Defendant #1* |
| --- | --- | --- | --- |
| | 1500 JFK Blvd. Suite 1030 Philadellphia, PA 19102 | Ready for trial | 1100 Virginia Dr. Fort Washington, PA 19034 |
| ALAN R ZIBELMAN | | | |

| Docket Entries | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| **#** | **Filing Date** | **Description** | **Results / Comments** | **Parties Involved** | | **Action** |
| 1 | 04/20/2021 | Statement of Claims | Hearing Scheduled: 06/07/2021 02:30 PM Hearing Room 2 Fee: $94.75 Amount at Issue: $12,000.00 Interviewer Code: 167 | **ALAN ZIBELMAN** Alan R. Zibelman Ally Financial, Inc. | Filer P D1 CM | |
| 2 | 04/20/2021 | Exhibit | Exhibits A-D | **ALAN ZIBELMAN** Alan R. Zibelman Ally Financial, Inc. | Filer P D1 | |
| 3 | 04/20/2021 | Certification - UJS Public Access Policy Compliance | | **ALAN ZIBELMAN** Alan R. Zibelman Ally Financial, Inc. | Filer P D1 | |
| 4 | 04/20/2021 | Plaintiff Instructions SC | Plaintiff Instructions | **ALAN ZIBELMAN** Alan R. Zibelman Ally Financial, Inc. | Filer P D1 | |
| 5 | 04/20/2021 | ADA - ADA Notice | ADA | **ALAN ZIBELMAN** Alan R. Zibelman Ally Financial, Inc. | Filer P D1 | |
| 6 | 04/20/2021 | SC What To Do | Instructions | **ALAN ZIBELMAN** Alan R. Zibelman Ally Financial, Inc. | Filer P D1 | |
| 7 | 04/20/2021 | SC Notice to Defend | Notice to Defend - Ally Financial, Inc. | **ALAN ZIBELMAN** | Filer | |

| # | Filing Date | Description | Results / Comments | Parties Involved | | Action |
|---|---|---|---|---|---|---|
| | | | | Alan R. Zibelman | P | |
| | | | | Ally Financial, Inc. | D1 | |
| 8 | 04/20/2021 | Notice - Notice Of Language Rights | Notice of Language Rights | **ALAN ZIBELMAN** | Filer | |
| | | | | Alan R. Zibelman | P | |
| | | | | Ally Financial, Inc. | D1 | |
| 9 | 05/03/2021 | Affidavit of Service | Service made for: Ally Financial, Inc. | **CMS User** | Filer | |
| | | | | Ally Financial, Inc. | D1 | |



# PHILADELPHIA MUNICIPAL COURT
## FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
1339 Chestnut Street, 10th Floor, Philadelphia, PA 19107

Patrick F. Dugan, President Judge        John J. Joyce, Deputy Court Administrator

# SC-21-04-20-3964

| | |
|---|---|
| Alan R. Zibelman<br>1500 JFK Blvd. Suite 1030<br>Philadellphia, PA 19102 | Ally Financial, Inc.<br>1100 Virginia Dr.<br>Fort Washington, PA 19034 |
| *Plaintiff* | *Defendant(s)* |

## IMPORTANT NOTICE TO ALL PARTIES



**THE MUNICIPAL COURT COMPLIES WITH THE AMERICANS WITH DISABILITIES ACT WHICH REQUIRES THAT ALL COURT SERVICES AND FACILITIES BE ACCESSIBLE TO PERSONS WITH DISABILITIES ON AN EQUAL BASIS TO THOSE WITHOUT DISABILITIES. IF YOU HAVE A DISABILITY, AND REQUIRE REASONABLE ACCOMMODATIONS TO FILE A CLAIM, PARTICIPATE IN A MUNICIPAL COURT PROCEEDING, OR USE ANY SERVICE PROVIDED BY THE COURT, PLEASE CALL 215-686-7986. REQUESTS FOR REASONABLE ACCOMMODATIONS MUST BE MADE AT LEAST (3) THREE BUSINESS DAYS BEFORE ANY HEARING, OR WITHIN (3) THREE BUSINESS DAYS AFTER SERVICE (DELIVERY) OF THE NOTICE OF THE HEARING, WHICHEVER IS LATER.**

## NOTA IMPORTANTE PARA TODO PERSONAS



**LA CORTE MUNICIPAL CUMPLE CON EL DECRETO DE AMERICANO INCAPACITADOS (AMERICANS WITH DISABILITIES ACT). ESTE DECRETO REQUIRE QUE TODOS LOS SERVICIOS Y FACILIDADES DE CORTE SEAN ACCESIBLE. A PERSONAS INCAPACITADAS, AL IGUAL QUE PERSONAS NO INCAPACITADAS. SE USTED ESTE INCAPACITADO Y NECESITA ACOMODACIONES RAZONABLES, PARA PODER RADICAR UNA DEMANDA, PARTICIPAR EN ALGUN PROCEDIMIENTO O UTILIZAR SERVICIOS EN LA CORTE MUNICIPAL POR FAVOR LLAME AL TELEFONE 215-686-7986. PARA SOLICITAR ACOMODACIONES RAZONABLES, DEBE LAMAR POR LO MENOS TRES DIAS DE TRABJO ANTES DE SU AUDIENCIA O DENTRO DE TRES DIAS DESPUES DE RECIBIR SU CITA, SEGUN O QUE OCURRA PRIMERO.**

EXHIBIT A



# PHILADELPHIA MUNICIPAL COURT
## FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
1339 Chestnut Street, 10th Floor, Philadelphia, PA 19107

Patrick F. Dugan, President Judge    John J. Joyce, Deputy Court Administrator

\# SC-21-04-20-3964

```
Alan R. Zibelman
1500 JFK Blvd. Suite 1030
Philadellphia, PA 19102
```

*Plaintiff*

```
Ally Financial, Inc.
1100 Virginia Dr.
Fort Washington, PA 19034
```

*Defendant(s)*

## CERTIFICATE OF COMPLIANCE

I certify that this filing complies with the provisions of the *Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts* that require filing confidential information and documents differently than non-confidential information and documents.

Submitted by: ALAN R ZIBELMAN

Signature:     ALAN R ZIBELMAN

Name: ALAN R ZIBELMAN
Attorney No. (if applicable): 066993

EXHIBIT A

# Notice of Language Rights



1339 Chestnut Street, 10th Floor, Philadelphia, PA 19107
Elizabeth McCarrick  215-683-8000
languageaccesscoordinator@courts.phila.gov

**English:** You have the right to an interpreter at no cost to you. To request an interpreter, please inform court staff using the contact information provided at the top of this notice.

**Spanish/Español:** Usted tiene derecho a un intérprete libre de costo. Para solicitar un intérprete favor de informárselo al personal judicial utilizando la información provista en la parte superior de este aviso.

**Mandarin/Cantonese Simplified Chinese/普通话/粤语简体中文:** 您有权获得免费的口译员服务。若需要口译员，请使用本通知上方提供的联系信息通知法院工作人员。

**Mandarin/Cantonese Traditional Chinese/普通話/廣東話繁體中文:** 您有權要求免費傳譯服務。如欲要求傳譯服務，請參閱本通知頂部的聯絡資料，通知法庭職員。

**Arabic/العربية :** يحق لك الحصول على مترجم دون دفع أي تكلفة من جانبك. لطلب مترجم، يُرجى إعلام موظفي المحكمة باستخدام معلومات الاتصال المقدمة في الجزء العلوي من هذا الإشعار.

**Russian/Русский:** У вас есть право на бесплатные услуги переводчика. Заявка на переводчика подается в суд по адресу,  телефону или эл. почте, указанным выше в заголовке этого уведомления.

**Vietnamese/Tiếng Việt:** Quý vị có quyền được một thông dịch viên giúp mà không tốn chi phí nào cả, xin hãy báo cho nhân viên tòa án dùng thông tin liên lạc có ở trên đầu thông báo này.

**Nepali/नेपाली:** तपाईंको निःशुल्क रूपमा भाषा अनुवादक राख्न पाउने अधिकार छ। अनुवादकको लागि अनुरोध गर्न, यस सूचनाको माथि दिइएको सम्पर्क जानकारी भरेर अदालतका कर्मचारीहरूलाई जानकारी दिनुहोस्।

**Korean/한국어:** 귀하는 비용에 대한 부담 없이 통역 서비스를 받을 권리가 있습니다. 통역 서비스를 요청하려면 본 통지서의 상단에 기재된 연락처를 통해 법원 직원에게 알리십시오.

**Polish/Polski:** Ma Pan/Pani prawo do nieodpłatnego skorzystania z usług tłumacza ustnego. Aby zwrócić się o wsparcie ze strony tłumacza ustnego, proszę skontaktować się z pracownikami sądu, korzystając z danych znajdujących się w górnej części niniejszego dokumentu.

**Punjabi/ پنجابی /Pakistan:** تہاڈے کول بغیر ادائیگی کیتیاں اک مترجم حاصل کرن دا حق اے۔ مترجم دی درخواست کرن لئی، میربانی کر کے ایس نوٹس دے أوتے فرابم کیتیاں رابطے دیاں معلومات نوں ورتدیاں عدالت دے عملے نوں اطلاع دوو.

**Punjabi/ ਪੰਜਾਬੀ /India:** ਤੁਹਾਨੂੰ ਇਕ ਦੁਭਾਸ਼ੀਆ ਹਾਸਲ ਕਰਨ ਦਾ ਹੱਕ ਹੈ, ਜਿਸ ਦੀ ਤੁਹਾਨੂੰ ਕੋਈ ਲਾਗਤ ਨਹੀਂ ਲੱਗੇਗੀ। ਦੁਭਾਸ਼ੀਏ ਲਈ ਬੇਨਤੀ ਕਰਨ ਵਾਸਤੇ, ਕਿਰਪਾ ਕਰ ਕੇ ਅਦਾਲਤ ਦੇ ਅਮਲੇ ਨੂੰ ਜਾਣੂ ਕਰਵਾਓ ਤੇ ਇਸ ਲਈ ਇਸ ਨੋਟਿਸ ਦੇ ਸਿਖਰ ਉੱਤੇ ਦਿੱਤੀ ਸੰਪਰਕ ਜਾਣਕਾਰੀ ਦਾ ਇਸਤੇਮਾਲ ਕਰੋ।

**Portuguese/Português**: Você tem direito a um intérprete gratuitamente. Para solicitar um intérprete, informe à nossa equipe usando os dados de contato mostrados na parte superior deste aviso.

**Somali/Somaali:** Waxaad xaq u leedahay in lagu turjumo lacag la'aan ah. Si aad u codsato turjumaanka, fadlan u sheeg maxkamadda shaqaalaha adiga oo isticmaala macluumaadka ciwaanka kor lagu siiyay ee ogeysiiskaan.

**Haitian Creole/Kreyòl Ayisyen:** Ou gen dwa resevwa sèvis yon entèprèt gratis. Pou mande pou yon entèprèt, tanpri fè manm pèsonèl tribinal la konnen lè ou sèvi avèk enfòmasyon an yo te bay ou nan tèt avi sa a.

**French/Français :** Vous avez le droit de bénéficier gratuitement de l'assistance d'un interprète. Pour en faire la demande, veuillez en informer le personnel du tribunal à l'aide des coordonnées indiquées en haut de page.

EXHIBIT A



# PHILADELPHIA MUNICIPAL COURT
## FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
1339 Chestnut Street, 10th Floor, Philadelphia, PA 19107

Patrick F. Dugan, President Judge   John J. Joyce, Deputy Court Administrator

Court Room        2        at        02:30 PM        on        06/07/2021

\# SC-21-04-20-3964

| | |
|---|---|
| Alan R. Zibelman<br>1500 JFK Blvd. Suite 1030<br>Philadellphia, PA 19102 | Ally Financial, Inc.<br>1100 Virginia Dr.<br>Fort Washington, PA 19034 |
| *Plaintiff* | *Defendant(s)* |

*Defendant #:*  2480020

## **NOTICE TO DEFEND**

You have been sued in Philadelphia Municipal Court. If you intend to enter a defense

to this Statement of Claim or Counterclaim you must:

1. Sign the notice where indicated below, and
2. Return in the self-addressed and stamped envelope provided.

If you fail to return this notice, and you appear in Court at the time and date specified in this Notice, your case may be given a new hearing date.

If you fail to appear in Court for your hearing, a judgment will be entered against you by default.

On                I, the undersigned Party, will appear at the hearing in the above to defend my case.


I, the undersigned Party, hereby verify that I am authorized to make this verification and that the facts set forth above are true and correct to the best of my knowledge, information, and belief. I understand that this verification is made subject to the penalties set forth in 18 Pa. C.S. § 4904, which concerns the making of unsworn falsifications to authorities.

_____        _____
Signature of Party                                                          Telephone Number

*Return in the self-addressed and stamped envelope provided*

74-07/01/01



10003-2707631-10-rS

EXHIBIT A

## WHAT TO DO AFTER GETTING A MONEY JUDGMENT

You have been given judgment in the amount of $ _____ plus costs.  The other party has thirty (30) days to appeal from this judgment.

If there is no appeal, and if you have not received payment, you may then have the Sheriff execute on the judgment.  To do so, go to the Judgment and Petitions Unit, 1339 Chestnut Street, Room 1003, Philadelphia, PA 19107 with your copy of the Statement of Claim.  To execute means that you are asking the Sheriff to sell the property or personal goods of the defendant to satisfy your claim.  The cost of execution is a minimum of $84.00.

You must wait until after the thirty (30) day appeal has run before you can execute; i.e., the 31st day.  If the 30th day falls on a Saturday, Sunday, or holiday you must wait an extra working day.  (for example, if the 30th day falls on Sunday, you must wait until Tuesday).

If and when you receive payment of your claim from the defendant, you are required under penalty of law to sign and give to the defendant for filing with the Prothonotary the attached **Order to Satisfy**.  The Judgments and Petitions Unit is located at 1339 Chestnut Street, Room 1003, Philadelphia, PA 19107.

Remember, after the appeal period has expired you may institute execution proceedings to enforce payment of your judgment.  However, you are cautioned that the Sheriff can only levy upon and sell property or personal goods owned by the defendant or defendants in PHILADELPHIA County.  You should make every effort to determine what assets the defendant owns and the exact location of those assets before proceeding with the execution process.

If your judgment arises from a motor vehicle accident and you do not receive payment within 60 days, you may file this judgment with the **Bureau of Traffic Safety** in Harrisburg.  To initiate this procedure you must go to Room 271 City Hall, where you will be assisted in this endeavor.  The cost of this certification is $27.00.

If your judgment is not forthcoming, please refer to the pamphlet Tips on How to Collect Your Money Judgment that you receive in Court.  If necessary, you may contact the **Lawyer Referral & Information Service**, 11th Floor, 1101 Market Street, Philadelphia, PA  19107 (215-238-6333).

**PLEASE BRING THIS FORM WITH YOU WITH YOUR COPY OF THE CLAIM.**

 THE MUNICIPAL COURT COMPLIES WITH THE AMERICANS WITH DISABILITIES ACT, WHICH REQUIRES THAT ALL COURT SERVICES AND FACILITIES BE ACCESSIBLE TO PERSONS WITH DISABILITIES ON AN EQUAL BASIS TO THOSE WITHOUT DISABILITIES. IF YOU HAVE A DISABILITY AND REQUIRE REASONABLE ACCOMMODATIONS TO FILE A CLAIM, PARTICIPATE IN MUNICIPAL COURT PROCEEDING, OR USE ANY SERVICE PROVIDED BY THE COURT, PLEASE CALL 215-686-7986. REQUESTS FOR REASONABLE ACCOMMODATIONS MUST BE MADE AT LEAST THREE BUSINESS DAYS BEFORE ANY HEARING, OR WITHIN THREE BUSINESS DAYS AFTER SERVICE (DELIVERY) OF THE NOTICE OF HEARING, WHICHEVER IS LATER.

 LA CORTE MUNICIPAL CUMPLE CON EL DECRETO DE AMERICANO INCAPACITADOS (AMERICAN WITH DISABILITIES ACT).  ESTE DECRETO REQUIERE QUE TODOS LOS SERVICIOS Y FACILIDADES DE CORTE SEAN ACCESSIBLE A PERSONAS INCAPACITADAS, AL IGUAL QUE PERSONAS NO INCAPACITADAS.  SE USTED ESTE INCAPACITADO Y NECIESITA ACOMODACIONES RAZONABLES, PARA PODER RADICAR UNA DEMANDA, PARTICIPAR EN ALGUN PROCEDIMIENTO O UTILIZAR SERVICIOS EN LA CORTE MUNICIPAL POR FAVOR LLAME AL TELEFONO 215-686-7986.  PARA SOLICITAR ACOMODACIONES RAZONABLES, DEBE LAMAR POR LOS MENOS TRES DIAS DE TRABAJO ANTES DE SU AUDIENCIA O DENTRO DE TRES DIAS DESPUES DE RECIBIR SU CITA, SEGUN O QUE OCURRA PRIMERO.

**Frequently Asked Questions About Small Claims Court**

**What is a Statement of Claim and why have I received one?**  You have received a Statement of Claim because you have been sued by someone to whom it is alleged that you owe money.  The Statement of Claim sets forth the facts upon which the person who is suing you is relying.  You should read the Statement of Claim carefully.

**What is the date, time and location of my trial?**  On the left hand side of the Statement of Claim under the heading "Summons to the Defendant," you will find the date, time and location of the trial.  All trials are held in a courtroom located on the 6th floor of the Widener Building, 1339 Chestnut Street, Philadelphia, PA 19107.  It is important that you appear on time because you risk losing your case if you are late.

**What should I do if I am unable to be present at my trial?**  All requests for a continuance must be in writing, should specify the reason for the continuance, and demonstrate that you have notified all parties of your request.  If the request is received by the court ten days or more before the trial, you will be notified prior to the trial of whether your continuance request was granted or denied.  If the continuance request is received by the court less than ten days before the trial, the judge assigned to the case will make the decision at the time on which the trial is scheduled.

**Do I need a lawyer?**  No.  The Philadelphia Municipal Court was established for the purpose of providing "an expeditious small claims procedure whereby it shall not be necessary for the litigants to obtain counsel."  You may, however, have a lawyer represent you at a trial.  If you want a lawyer, you may want to contact the Philadelphia Bar Association's Lawyer Referral and Information Service at 215-238-6333 or visit its site at www.philadelphiabarlawyers.com.  Additionally, you may also qualify for a FREE lawyer or may be able to receive FREE advice from SeniorLaw Center (215-988-1244), Community Legal Services (215-981-3700 – Center City Office or 215-227-2400 – North Philadelphia Office), Legal Clinic for the Disabled (215-587-3350), or the AIDS Law Project (215-587-9377).
.
**Do I need to file any papers before coming to trial?**  If there is a Notice of Defense in the packet of papers that you received and you intend to present a defense at trial, you should complete the Notice and mail it at least five days before trial in the pre-addressed envelope that is supposed to be enclosed.  If there is no envelope enclosed, you do not need to complete and return the Notice of Defense.  If you complete and return the Notice of Defense, you should bring a copy of it to trial with you.  If you believe that the Philadelphia Municipal Court is not the proper court in which you should be sued, please call 215-686-2910 as soon as possible and a member of the court's staff will explain to you how to file a letter bringing your position to the court's attention.  If you believe that you have a claim against the person who sued you or believe that another person should be a party to the action, please call 215-686-7988 as soon as possible and a member of the court's staff will explain to you how to file a counterclaim, cross claim, or additional claim.  The court does not require or accept what you may have heard described as an Answer, New Matter, or Preliminary Objections.

**What should I bring to trial?**  You should bring all documents and witnesses that support your defense to trial.  Those documents may include letters, cancelled checks, bills of sale, contract, agreements, cancelled checks, photographs (it is preferred that photographs be printed and not on a cell phone), account books, and paid bill receipts.

**What happens if I fail to appear at trial and the case has not been continued?**  If you fail to appear at trial and the case has not been continued, you risk losing your case and having what is called a Default Judgment entered against you.

**What do I need to bring to court if the party sued is a corporation, partnership or other similar entity?**  You should bring proof that you have authority to speak on behalf of the entity.  One example is articles of incorporation showing that you are an office of the corporation.  Additionally, the court has an Authorized Representative Form that you may use.

**Who should I call if I have a question that is not addressed above?**  Call the court at 215-686-2910, 215-686-7987 or 215-686-7988 or visit the court at 1339 Chestnut Street, 10th floor, Room 1000.



# PHILADELPHIA MUNICIPAL COURT
## FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
1339 Chestnut Street, 10th Floor, Philadelphia, PA 19107

Patrick F. Dugan, President Judge   John J. Joyce, Deputy Court Administrator

## STATEMENT OF CLAIM

Code: Other - (13)

# SC-21-04-20-3964

| Alan R. Zibelman<br>1500 JFK Blvd. Suite 1030<br>Philadelllphia, PA 19102 | Ally Financial, Inc.<br>1100 Virginia Dr.<br>Fort Washington, PA 19034 |
|---|---|
| *Plaintiff(s)* | *Defendant(s)* |

Service Address (information) if other than above:

*To the Defendant: Plaintiff is seeking a money judgment against the Defendant(s) based on the following claim:*
Plaintiff entered into an automobile loan on or about  February 2020.  The Account No is 227-9415-04888.

In December 2020, plaintiff accepted and created the Ally smartphone application and schedule a recurring auto  payment. On December 13, 2020 Ally communicated to plaintiff its NOTICE OF REPORT OF NEGATIVE CREDIT INFORMATION. See Attached Ex A.

On December 18, 2020 plaintiff communicated through the App that the scheduled payment was not taken and was concerned about a 30 day delinquency being reported. Rather than  receiving an email reply the service department returned a message to the APP message center inciting a phone call on the same day. See Attached Ex B.

On or about December 26, 2020 ALLY reported the account to each of the three credit agencies which immediately decreased plaintiffs credit score by 65 points which disqualified  (continued...)

## Summons to the Defendant
**You are hereby ordered to appear at a hearing scheduled as follows:**
### Citation al Demandado
**Por la presenta, Usted esta dirljido a presentarse a la siguiente:**

1339 Chestnut Street 6th Floor
Philadelphia, PA 19107
Hearing Room: 2

June 7th, 2021

02:30 PM

## Amount Claimed

| | | |
|---|---|---|
| Principal | $ | 12000.00 |
| Interest | $ | 0.00 |
| Attorney Fees | $ | 0.00 |
| Other Fees | $ | 0.00 |
| **Subtotal** | $ | 12000.00 |
| Service | $ | 0.00 |
| State Fee | $ | 14.75 |
| Automation Fee | $ | 5.50 |
| Convenience Fee | $ | 5.00 |
| JCS St. Add. Surcharge | $ | 11.25 |
| JCS St. Add. Fee | $ | 2.25 |
| ATJ Fee | $ | 2.00 |
| ATJ Surcharge | $ | 10.00 |
| Court Costs | $ | 44.00 |
| **TOTAL CLAIMED** | $ | 12094.75 |

Date Filed: 04/20/2021

I am an attorney for the plaintiff(s), the plaintiff's authorized representative or have a power of attorney for the plaintiff(s) in this statement of claims action.  I hereby verify that I am authorized to make this verification; that I have sufficient knowledge, information and belief to take this verification or have gained sufficient knowledge, information and belief from communications with the plaintiff or the persons listed below and that the facts set forth are true and correct to the best of my knowledge, information and belief.  I understand that this verification is made subject to the penalties set forth in 18 Pa. C.S. &sect; 4904, which concerns the making of unsworn falsifications to authorities.  If I am an authorized representative or have a power of attorney, I have attached a completed Philadelphia Municipal Court authorized representative form or a completed power of attorney form.

ALAN R ZIBELMAN

**Signature Plaintiff/Attorney**
Atty ID #: 066993

**Address & Phone**
1500 JOHN F. KENNEDY BOULEVARD
PHILADELPHIA, PA 19102
215-569-0600

**NOTICE TO THE DEFENDANT, YOU HAVE BEEN SUED IN COURT. PLEASE SEE ATTACHED NOTICES**

AVISO AL DEMANDADO LE HAN DEMANDADO EN CORTE.  VEA POR FAVOR LOS AVISOS ASOCIADOS.

**If you wish to resolve this matter without appearing in court, please contact the attorney shown above immediately.**

EXHIBIT A



# PHILADELPHIA MUNICIPAL COURT
## FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
1339 Chestnut Street, 10th Floor, Philadelphia, PA 19107

Patrick F. Dugan, President Judge      John J. Joyce, Deputy Court Administrator

## SMALL CLAIMS COMPLAINT

# SC-21-04-20-3964

| | |
|---|---|
| Alan R. Zibelman<br>1500 JFK Blvd. Suite 1030<br>Philadellphia, PA 19102 | Ally Financial, Inc.<br>1100 Virginia Dr.<br>Fort Washington, PA 19034 |
| *Plaintiff* | *Defendant(s)* |

| DESCRIPTION OR NATURE OF VIOLATION |
|---|

plaintiff from certain active financial transactions.

Plaintiff attempted to call and resolve this with customer service on February 18, 2020.
On February 19. 2021 Ally confined to plaintiff that it had accurately reported one
occurrence of 30 day delinquency. Lateness.  See Attached Ex C.

On February 27, 2021, plaintiff received a notice from Transunion that his account was
reported as "improved" however upon further inquiry the lateness was not retracted and
this was confirmed by Ally customer service on March 3, 2021.  See Attached Ex D.

Plaintiff availed himself of the technology offered by Ally Financial and was diligent to
notify Ally when discovered that his payment was not auto drafted even after Notice of the
intent to report.  The customer service department was aware of the dispute and
nevertheless made the delinquent report. Ally refused to conduct any real investigation
and summarily concluded their electronic record was accurate in violation of the PA and
Federal Debt Collection Practices Act. Plaintiff has suffered more than $12,000 in damages
due to defamation of his credit.

EXHIBIT A

# EXHIBIT "A"



PO BOX 380902
BLOOMINGTON MN 55438-0902

December 13, 2020



ALAN ZIBELMAN
23 NIKOL DR
RICHBORO PA   18954

RE: Account Number: 227941504888

Dear Ally Customer,

In the finance industry, it is common practice to periodically report information about a customer's account to the credit bureaus.

On December 1, 2004, a new requirement of the federal Fair and Accurate Credit Transactions (FACT) Act took effect.  This federal law concerns identity theft and the accuracy of information reported to credit bureaus.  All financial institutions, including Ally, are subject to this law.  We are _required_ to send the following one-time notice to customers when negative information about their account is reported to the credit bureaus.

### NOTICE OF REPORT OF NEGATIVE CREDIT INFORMATION

**We may report information about your account to credit bureaus.  Late payments, missed payments, or other defaults on your account may be reflected in your credit reports.**

There is no need to call us.  This is for information purposes only and requires no action on your part.

We look forward to continuing to provide you with the quality service you deserve, and we appreciate your business.

Sincerely,
Ally Financial

**Contact Information:** You can reach us by visiting **allyauto.com** or call **888-925-2559**.

E-355339-00121

NIRNC 01

EXHIBIT A

# EXHIBIT "B"

EXHIBIT A

0/3000 Characters

⌘ Add attachment

Send

Cancel

From Ally Auto                              12/18/20

Hello,

We received your concern regarding payments. Due
to the nature of this request, we need to speak with
you by phone.

Please call us at 1-888-925-ALLY (2559), we are ope
n 7 days a week, 7:00 AM – Midnight EST.
Alternatively, you can also contact us through chat s
upport by visiting www.ally.com/auto website from
8:00 AM to 8:00 PM EST.
Sincerely,
Ally

If you submitted more than one request, you may re
ceive additional responses in a separate message.

EXHIBIT A

# EXHIBIT "C"



P.O. Box 380901
Bloomington, MN 55438

February 19, 2021

Alan Zibelman
23 Nikol Dr
Richboro, PA  18954-1149

Account #:  227-9415-04888
Vehicle:  17 MASERATILEVANTE
VIN:  ZN661YUL1HX230934

Dear Alan Zibelman:

Thank you for allowing us an opportunity to assist you in the resolution of your inquiry regarding information Ally Financial has furnished to the credit reporting agencies on the above referenced account.

We have concluded our investigation and have determined we are accurately furnishing the following information:

- Payment Experience

| Delinquency | # of Occurrences |
|-------------|:----------------:|
| 30 Days Late | 1 |
| 60 Days Late | 0 |
| 90 Days Late | 0 |
| 120 Days Late | 0 |
| 150 Days Late | 0 |
| 180 Days Late | 0 |

If you wish, you may contact the credit reporting agencies directly to insert a comment into your file indicating why your account reflects this experience.

| Experian | TransUnion | Equifax | Innovis |
|----------|------------|---------|---------|
| **1-888-397-3742** | **1-800-916-8800** | **1-800-685-1111** | **1-800-540-2505** |
| PO Box 2002 | PO Box 2000 | PO Box 740256 | PO Box 1534 |
| Allen, TX 75013-0036 | Crum Lynne, PA 19022 | Atlanta, GA 30374 | Columbus, OH 43216 |
| **www.experian.com** | **www.transunion.com** | **www.equifax.com** | **www.innovis.com** |

Should you have any additional questions, you may reach us by visiting our website at www.allyauto.com or by calling us at the number below.



EXHIBIT A

Alan Zibelman                     - 2 -                          February 19, 2021
227-9415-04888

Sincerely,
Ally Financial
888-925-ALLY (2559)

EXHIBIT A

`

# EXHIBIT "D"



7:31
◀ Mail

🔒 members2.scoresense.com

Credit 80

## Account Change                    02/27/2021

| ActivityType | Date | BusinessNameAddress |
|---|---|---|
| TRANSUNION | | |
| ImprovedAccount | 02/27/2021 | ALLY FINANCIAL P.O. BOX 380901 BLOOMINGTON,  MN 5 |

### What does this mean?

A change has been made to your credit report. This could be a change to your credit score or a change to the information on your credit report. We advise you to verify that these changes are accurate. If the information is not correct, please utilize the Dispute Center below to contact the credit reporting agency.



Next

# Dispute Center

## Submit a Dispute in 4 Steps

(1)   Review Report

**ZIBELMAN LEGAL ASSOCIATES**
BY:  ALAN ZIBELMAN, ESQUIRE
NO.:  66993
1500 JFK Blvd., Suite 1030
Philadelphia, PA 19102
(215) 569-0600                                          Attorney for Plaintiff

| | |
|---|---|
| ALAN R. ZIBELMAN | : |
| | : |
| vs. | :    No.: SC-21-04-20-3964 |
| | : |
| ALLY FINANCIAL, INC. | : |

### <u>AFFIDAVIT OF SERVICE</u>

    **ALAN R. ZIBELMAN, ESQUIRE** being duly sworn according to law, deposes

and says that he is the attorney for Plaintiff in this matter and that service was

effectuated  via Certified Mail, Return Receipt upon the following defendant:

    Ally Financial, Inc.
    1100 Virginia Dr.
    Fort Washington, PA 19034

    Attached as Exhibit "A" is true and correct copy of the Return Receipt.

                        ZIBELMAN LEGAL ASSOCIATES, P.C.

                        BY: <u>*/s/ Alan R. Zibelman, Esquire*</u>
                        ALAN R. ZIBELMAN, ESQUIRE
                        Attorney for Plaintiff

EXHIBIT A

...

# EXHIBIT 'A"

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

ALLY Financial, Inc.
1100 Virginia Dr
Fort Washington, Pa 19034

9590 9402 4978 9063 4324 81

2. Article Number (Transfer from service label)

7019 0160 0000 6649 0980

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
Tyree Drabstic    4/29/21

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☐ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Return Receipt for Merchandise
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

EXHIBIT A